## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

RENE LATHON,

        Plaintiff,

v.                                                   Civil Action No. 3:09cv00057

WAL-MART STORES EAST, LP,

        Defendant.

## MOTION FOR PROTECTIVE ORDER

Wal-Mart Stores East, LP ("Wal-Mart"), by counsel, hereby moves that the Court enter a Protective Order forbidding the plaintiff from conducting the two depositions noticed pursuant to Federal Rule of Civil Procedure 30(b)(6) and from obtaining additional discovery through two Requests for Production contained with the deposition notices. Wal-Mart files this motion pursuant to Rule 26(c) and the court's Scheduling and Pretrial Order. Wal-Mart has filed a memorandum in support of this Motion.

                                          WAL-MART STORES EAST, LP

                                  By:  <u>/s/ D. Cameron Beck, Jr.</u>
                                            D. Cameron Beck, Jr.
                                            Virginia State Bar No. 39195
                                            Joseph M. Moore, Esq.
                                            Virginia State Bar No. 48591
                                            Attorneys for Wal-Mart
                                            Morris & Morris, P.C.
                                            700 East Main Street
                                            Suite 1100
                                            P.O. Box 30
                                            Richmond, VA  23218
                                            (804) 344-8300 Telephone
                                            (804) 344-8359 Facsimile

cbeck@morrismorris.com
jmoore@morrismorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Lawrence A. Thrower, Esq.
10410 Kensington Pkwy., Suite 202
Kensington, MD 20895
(301) 962-5002 Telephone
(301) 962-4848 Facsimile
throwerlawfirm@comcast.net

/s/ D. Cameron Beck, Jr.
D. Cameron Beck, Jr.
Virginia State Bar No. 39195
Joseph M. Moore, Esq.
Virginia State Bar No. 48591
Attorneys for Wal-Mart
Morris & Morris, P.C.
700 East Main Street
Suite 1100
P.O. Box 30
Richmond, VA 23218
(804) 344-8300 Telephone
(804) 344-8359 Facsimile
cbeck@morrismorris.com
jmoore@morrismorris.com